IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RODNEY LEE CROSBY, JR.                                                    PLAINTIFF

           v.                          Civil No. 08-5065

DET. DAVID WILLIAMS                                                       DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Rodney Lee Crosby, Jr., filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on March 24, 2008. At the time he filed the complaint, Crosby was an inmate of the Washington County Detention Center.

The *in forma pauperis* (IFP) application submitted by Crosby with his complaint did not have the inmate account portion of the application completed. *See* (Doc. 2). The complaint was provisionally filed and the Clerk of Court was directed to provide Crosby's with an IFP application (Doc. 2). Crosby was given until April 21, 2008, to complete the IFP application including having the inmate account portion of the application completed by detention center personnel (Doc. 2).

On March 24, 2008, clerk's notations on the docket sheet reflect that an IFP application was sent to the plaintiff for completion. No mail has been returned to the court has undeliverable. To date, Crosby has not returned the completed IFP application to the court. Crosby has not sought an extension of time to return the completed application. Crosby has not communicated with the court.

-1-

**AO72A**
**(Rev. 8/82)**

I therefore recommend Crosby's complaint be dismissed on the grounds he has failed to obey an order of this court. *See* Fed. R. Civ. P. 41(b). **Crosby has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Crosby is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**