# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**RODNEY LEE CROSBY, JR.**                            **PLAINTIFF**

       **v.**            **Civil No. 08-5065**

**DETECTIVE DAVID WILLIAMS**                           **DEFENDANT**

## O R D E R

Now on this 12th day of August, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #3), and plaintiff's objections thereto (document #4), and from these documents, the Court finds and orders as follows:

1. Plaintiff's *pro se* Complaint was provisionally filed on March 24, 2008, pending a determination with regard to his status as a pauper. The Clerk of Court was directed to provide plaintiff with an *in forma pauperis* application, and plaintiff was given until April 21, 2008, to return it.

2. When the application was not timely received, on May 15, 2008, the Magistrate Judge recommended that plaintiff's Complaint be dismissed for failure to obey an order of the Court.

3. Plaintiff objects that he gave the guards at the Washington County Detention Center the application before April 21, 2008, and does not know what happened to it, but that "I can say I don't have any money on my books."

Plaintiff also indicates that he is now incarcerated in the Arkansas Department of Corrections, serving a sentence of 75

years.

4. The Court finds plaintiff's objections sufficient to merit giving him another chance to submit the requisite *in forma pauperis* application. For this reason, the Report And Recommendation will not be adopted. The Clerk of Court will be directed to furnish plaintiff with another *in forma pauperis* application, and he will be allowed until September 15, 2008, to complete and return it. Failure to do so will make his case subject to summary dismissal.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **not adopted**.

**IT IS FURTHER ORDERED** that the Clerk of Court furnish plaintiff with another *in forma pauperis* application along with a copy of this Order.

**IT IS FURTHER ORDERED** that plaintiff complete and return the *in forma pauperis* application on or before September 15, 2008, failing which, his case will be subject to summary dismissal.

**IT IS FURTHER ORDERED** that this matter is **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**