**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**RODNEY LEE CROSBY, JR.**                                                                  **PLAINTIFF**

**v.**                           **Civil No. 08-5065**

**DET. DAVID WILLIAMS**                                                                    **DEFENDANT**

### O R D E R

Now on this 29th day of October, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #6, filed September 23, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                                    **/s/Jimm Larry Hendren
                                                                    HON. JIMM LARRY HENDREN
                                                                    UNITED STATES DISTRICT JUDGE**